1
2
3
4
5
6
7      IN THE UNITED STATES DISTRICT COURT
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9      SAN FRANCISCO DIVISION
10

11  ROBERTO A. SANCHEZ GAMINO,                    No. CV 13-5234 RS

12         Petitioner,                            **ORDER TO SHOW CAUSE**
13     v.

14  ERIC HOLDER, Attorney General of the
    United States, RAND BEERS, Acting
    Secretary of Homeland Security, TIMOTHY
15  AITKEN, Field Office Director, United States
    Bureau of Immigration and Customs
16  Enforcement,

17         Respondents.
18  _____/

19     The Court, having considered the pleadings and documents on file in this matter, and
20  good cause having been shown in petitioner's Application for Order to Show Cause pursuant to
21  28 U.S.C. § 2243, and Petition for Habeas Corpus pursuant to 238 U.S.C. § 2241, petitioner's
22  application for Order to Show Cause is hereby GRANTED.
23     IT IS THEREFORE ORDERED that the respondents shall file a return on the Order to
24  Show Cause on or before December 6, 2013.  Petitioner shall have an opportunity to file a reply
25  or traverse within three days of the filing of respondents' return.  The matter will be taken under
26  submission.
27
28

ORDER

DATED: November 27, 2013

_____
RICHARD SEEBORG
United States District Judge